JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELISABETH MAGENHEIM, an individual,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION; and DOES 1 through 20, inclusive,

Defendants.

Case No.: 5:25-cv-03111-JLS-PVC

**ORDER OF DISMISSAL FOLLOWING STIPULATION BY THE PARTIES (Doc. 23)**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii) (Doc. 23), it is ORDERED that this action be, and hereby is, Dismissed with Prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 10, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE